WIENOR, Appellant, v. FLANNERY, Respondent. (Supreme Court, Appellate Division, Second Department. June 22, 1897.) Action by Samuel Wienor against Patrick J. Flannery. No opinion. Order affirmed, with $10 costs and disbursements.

WILCOX & GIBBS SEWING-MACH. CO. v. HIMES. (Supreme Court, Appellate Division, First Department. May 7, 1897.) Action by the Wilcox & Gibbs Sewing-Machine Company against Jehiel W. Himes. George W. Van Slyck, for plaintiff. Austen G. Fox, for defendant.

PER CURIAM. Upon a former hearing of this case a verdict which had been ordered for the plaintiff was set aside, and a new trial ordered, for the reason, as stated in the opinion of a majority of the judges of the general term, that nothing was due to the plaintiff upon this contract, for no goods were manufactured and no report was made. 35 N. Y. Supp. 861. The case, as now presented on the part of the plaintiff, does not vary from the case before the general term at the time the former decision was made. That decision, therefore, is the law of this case, and we feel bound to follow it as it was followed by the court at trial term. The exceptions taken by the plaintiff must therefore be overruled, and a new trial denied, and judgment ordered for the defendant, upon the verdict, with costs.

WILSON et al., Respondents, v. IMPERIAL ELECTRIC LAMP CO., Appellant. (City Court of New York, General Term. April 28, 1897.) Action by Patrick Wilson and another against the Imperial Electric Lamp Company. Thomas J. Ritch, Jr., for appellant. William R. Wilder, for respondents.

McCARTHY, J. This was decidedly a question of fact to be determined by the jury. After a careful examination of the evidence, we find no reversible error. We think the trial justice fairly and properly presented the same. The authorities cited by the appellant are all good law, but, in our judgment, do not apply to the case at bar. The judgment and order appealed from is therefore affirmed, with costs.

WINGERATH, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by William Wingerath against Nassau Electric Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

WINKEMEIER, Appellant, v. WINKEMEIER, Respondent. (Supreme Court, Appellate Division, Second Department. June 15, 1897.) Action by Maud B. Winkemeier against Christian F. Winkemeier. No opinion. Order reversed and motion granted to the extent of allowing plaintiff $250 counsel fee, with $10 costs and disbursements. See 42 N. Y. Supp. 583, 586.

WOEHRLE, Plaintiff, v. METROPOLITAN LIFE INS. CO., Defendant. (City Court of New York, General Term. April 28, 1897.) Action by George Woehrle against Metropolitan Life Insurance Company. R. E. Duffy, for plaintiff. Arnoux, Ritch & Woodford, for defendant. No opinion. Judgment and order affirmed, with costs.

WOOD, Respondent, v. MILES et al., Appellants. (Supreme Court, Appellate Division, First Department. June 11, 1897.) Action by Hamilton H. Wood against Thomas C. Miles and others. F. E. Blackwell, for appellants. H. Ball, for respondent. No opinion. Judgment affirmed, with costs.

WUELFING, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 8, 1897.) Action by Alexander Wuelfing, as administrator, etc., against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

ZIMMERMANN, Respondent, v. BROOKLYN EL. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1897.) Action by Friedericke Zimmermann against the Brooklyn Elevated Railroad Company. No opinion. Motion for reargument denied, with $10 costs.